UNITED STATES BANKRUPTCY COURT
Northern District of California
I certify that this is a true, correct and full copy of the original document on file in my custody.
Dated 12/5/12
by [signature]
Deputy Clerk



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>B & B LANDSCAPE CONTRACTORS, INC.,<br><br>Debtor. | District Court Case No. 5:12-cv-06158 EJD<br><br>Case No. 11-60381 CN<br><br>Chapter 7 |
| MARC DEL PIERO,<br><br>Plaintiff,<br><br>vs.<br><br>GEORGE HW BRUNN,<br><br>Defendant. | No. cv-12<br>Adversary No. 12-5019<br><br>**ORDER APPROVING FINDINGS OF FACT AND CONCLUSIONS OF LAW** |

Plaintiff Marc Del Piero, the chapter 7 trustee in the above captioned chapter 7 case, filed an adversary complaint against defendant George HW Brunn in the Bankruptcy Court for the Northern District of California (the "Bankruptcy Court") seeking a determination that a portion of the Plaintiff's claim against Defendant was an avoidable transfer under Bankruptcy Code § 549. The complaint also asserted certain claims for relief arising under California state law, including fraud, breach of contract and conversion. Defendant never responded to the complaint and Plaintiff filed a motion for default judgment on June 8, 2012 [Docket No 24]. The Bankruptcy Court held a hearing

1

ORDER APPROVING FINDINGS OF FACT AND CONCLUSIONS OF LAW

1  on the motion for default judgment on July 30, 2012. At the hearing, the Bankruptcy Court
2  determined that it could not enter a judgment on the state law claims asserted in the complaint, and
3  directed Plaintiff to submit proposed findings of fact and conclusions of law. Plaintiff submitted its
4  [Proposed] Findings of Fact and Conclusions of Law on August 10, 2012 [Docket No. 35].
5      A bankruptcy judge may hear a non-core proceeding that is "related to" a case under title 11
6  of the United States Code. 28 U.S.C. § 157(c)(1). A bankruptcy judge shall file proposed findings of
7  fact and conclusions of law in a non-core proceeding. Fed. R. Bankr.P. 9033(a) [Docket No. 36]. On
8  October 30, 2012, the Clerk of the Bankruptcy Court entered an order adopting the [Proposed]
9  Findings of Fact and Conclusions (the "Findings of Fact and Conclusions of Law"). The Bankruptcy
10 Court served all parties with copies of the Findings of Fact and Conclusions of Law [Docket No. 37].
11 Id. A party may file objections to proposed findings of fact and conclusions. Fed. R. Bankr.P.
12 9033(a). Objections must be filed within 14 days of service of the proposed findings of fact and
13 conclusions of law. Id.
14     No party filed any objection, timely or otherwise, to the Findings of Fact and Conclusions of
15 Law. If no timely objection is filed to proposed findings of fact and conclusions of law, the Clerk of
16 the Bankruptcy Court shall transmit the proposed findings of fact and conclusions of law and any
17 related proposed order to the District Court. L.B.R. 9033-1(d). The District Court may then accept,
18 reject, or modify the proposed findings of fact and conclusions of law. Fed. R. Bankr. P. 9033(d). If
19 necessary, the District Court may recommit the matter to the Bankruptcy Court with further
20 instructions. Id.
21     The District Court, having considered the Findings of Fact and Conclusions of Law and
22 having noted that no party filed a timely objection to the Findings of Fact and Conclusions of Law
23 pursuant to Fed. R. Bankr. P. 9033(b):
24     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:
25     The Findings of Fact and Conclusions of Law are hereby approved.
    The Clerk of the District Court shall close this file.
26
DATED: July 31, 2013
27                                                 EDWARD J. DAVILA
                                                United States District Judge
28

UNITED STATES BANKRUPTCY COURT
For The Northern District Of California