UNITED STATES BANKRUPTCY COURT
Northern District of California
I certify that this is a true, correct and full copy of the original document on file in my custody.
Dated _____
by _____
Deputy Clerk



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>B & B LANDSCAPE CONTRACTORS, INC.,<br><br>    Debtor. | District Court Case No. 5:12-cv-06158 EJD<br><br>Case No. 11-60381 CN<br><br>Chapter 7 |
| MARC DEL PIERO,<br><br>    Plaintiff,<br><br>vs.<br><br>GEORGE HW BRUNN,<br><br>    Defendant. | No. cv-12<br>Adversary No. 12-5019<br><br>**ORDER APPROVING FINDINGS OF FACT AND CONCLUSIONS OF LAW** |

    Plaintiff Marc Del Piero, the chapter 7 trustee in the above captioned chapter 7 case, filed an adversary complaint against defendant George HW Brunn in the Bankruptcy Court for the Northern District of California (the "Bankruptcy Court") seeking a determination that a portion of the Plaintiff's claim against Defendant was an avoidable transfer under Bankruptcy Code § 549. The complaint also asserted certain claims for relief arising under California state law, including fraud, breach of contract and conversion. Defendant never responded to the complaint and Plaintiff filed a motion for default judgment on June 8, 2012 [Docket No 24]. The Bankruptcy Court held a hearing

on the motion for default judgment on July 30, 2012. At the hearing, the Bankruptcy Court determined that it could not enter a judgment on the state law claims asserted in the complaint, and directed Plaintiff to submit proposed findings of fact and conclusions of law. Plaintiff submitted its [Proposed] Findings of Fact and Conclusions of Law on August 10, 2012 [Docket No. 35].

A bankruptcy judge may hear a non-core proceeding that is "related to" a case under title 11 of the United States Code. 28 U.S.C. § 157(c)(1). A bankruptcy judge shall file proposed findings of fact and conclusions of law in a non-core proceeding. Fed. R. Bankr.P. 9033(a) [Docket No. 36]. On October 30, 2012, the Clerk of the Bankruptcy Court entered an order adopting the [Proposed] Findings of Fact and Conclusions (the "Findings of Fact and Conclusions of Law"). The Bankruptcy Court served all parties with copies of the Findings of Fact and Conclusions of Law [Docket No. 37]. Id. A party may file objections to proposed findings of fact and conclusions. Fed. R. Bankr.P. 9033(a). Objections must be filed within 14 days of service of the proposed findings of fact and conclusions of law. Id.

No party filed any objection, timely or otherwise, to the Findings of Fact and Conclusions of Law. If no timely objection is filed to proposed findings of fact and conclusions of law, the Clerk of the Bankruptcy Court shall transmit the proposed findings of fact and conclusions of law and any related proposed order to the District Court. L.B.R. 9033-1(d). The District Court may then accept, reject, or modify the proposed findings of fact and conclusions of law. Fed. R. Bankr. P. 9033(d). If necessary, the District Court may recommit the matter to the Bankruptcy Court with further instructions. Id.

The District Court, having considered the Findings of Fact and Conclusions of Law and having noted that no party filed a timely objection to the Findings of Fact and Conclusions of Law pursuant to Fed. R. Bankr. P. 9033(b):

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

The Findings of Fact and Conclusions of Law are hereby approved.
The Clerk of the District Court shall close this file.

DATED: July 31, 2013

EDWARD J. DAVILA
United States District Judge

2

ORDER APPROVING FINDINGS OF FACT AND CONCLUSIONS OF LAW